

EXHIBIT NO. _____ 10 _____
CASE NO. United States v. Scott Williams et al., PX-18-631
IDENTIFICATION _____
ADMITTED _____

WHITE WIDOW











Compliant CA Prop 215 / SB 420
CA H&S Codes: 11362.5 / 11362.7
SOUR #2
strain
Do not drive or operate heavy equipment.
Keep out of reach from children.
Unlawful to resale/redistribute.
use under your physician's recommendation only











Compliant CA Prop 215 / SB 420
CA H&S Codes: 11362.5 / 11362.7

SOUR #2

strain
Do not drive or operate heavy equipment.
Keep out of reach from children.
Unlawful to resale/redistribute.
use under your physician's recommendation only









Compliant CA Prop 215 / SB 420
CA H&S Codes: 11362.5 / 11362.7

SOUR #2

strain
Do not drive or operate heavy equipment.
Keep out of reach from children.
Unlawful to resale / redistribute.
use under your physician's recommendation only













