IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. PX-18-631 |
| | * | |
| SCOTT ANTHONY WILLIAMS, and | * | |
| TAEYAN RAYMOND WILLIAMS | * | |
| | * | |
| Defendants. | * | |

*******

MOTION HEARING STATUS REPORT

This case is scheduled for motions hearing on March 7 and March 8, 2022. Government counsel submits this Status Report for the purpose of informing the Count as to matters to be litigated at the hearing. The following table contains the ECF numbers, defense motions, evidence sought to be suppressed, Government's responses, and relevant exhibits that have been submitted.

| MOTION | RESPONSE | EXHIBIT |
|---|---|---|
| **ECF 16** – S. Williams Motion to Suppress to Tangible Evidence and Statements (Probable Cause for 10301 Bristolwood Court SW, Warrantless Search of Cell Phone, Statement of S. Williams) | **ECF 43**-Government's Omnibus Response<br><br>**ECF 104**- Government's Supplemental Response to S. Williams's Motion to Suppress Statement | **ECF 43-9**<br>10301 Bristolwood Court SW Documents<br><br>**ECF 43-14**<br>SW Docs. for cell phones recovered from 10301 Bristolwood Court (Only submitted to rebut allegations of warrantless search)<br><br>**ECF 43-15**<br>Audio Recording of S. Williams Interview (See ECF 44 Motion for Leave to File Exhibit as Audio File) |

| **ECF 100-**<br>T. Williams Motion to Suppress Tangible and Derivative Evidence (Social Media Accounts, Cell Phone Records and WV Apt.) | **ECF 106-**<br>Government's Opposition to T. Williams Motion to Suppress | **ECF 106-1**<br>SW application and warrant for AT&T No. 681-404-1855<br><br>**ECF 106-2**<br>SW application and warrant for Facebook Accounts of T. Williams |
|---|---|---|
| **ECF 101-**<br>T. Williams-Motion to Adopt S. Williams Motions | *****ECF 106** at n.#10, the Government noted its view that T. Williams did not have standing to suppress S. Williams's statements, nor evidence relating to S. Williams's devices. | |

The Government believes that defense motions **ECF 16** (Motion to Suppress Tangible Evidence) and **ECF 100** can be argued without the need for testimony, based upon the relevant exhibits filed as referenced herein. For defense motion **ECF 16** (Motion to Suppress Statement), the Government also believes that, subject to argument, the Court can decide the motion based upon the audio recording of the interview of S. Williams, particularly the portion transcribed in **ECF 104** (Government's Supplemental Response to S. Williams's Motion to Suppress Statement), from the beginning of the recording to 1:50. Since counsel and the Court have reviewed the entire recording, the Government believes the recording can be submitted as an exhibit without the need for the recording to be replayed during the hearing. Potential Government motions hearing witnesses, if necessary, are Cpl. Kyle Simms and Det. Sgt. John Monarek, both of the Maryland State Police.

Government counsel will be submitting an unredacted **ECF 43-9** (10301 Bristolwood Court SW Documents) and a full transcript of **ECF 43-15** (Audio Recording of S. Williams Interview) to the Court and counsel.

The Government reserves the right to submit additional evidence and argument to any defense arguments raised at the hearing, that have not been submitted in advance as part of their motions.

                         Respectfully submitted,

                         Erek L. Barron<br>
                         United States Attorney<br>
                         District of Maryland

By: _____
      William D. Moomau
      Dana J. Brusca
      Dwight J. Draughon
      Assistant United States Attorneys
      United States Attorney's Office
      District of Maryland
      6500 Cherrywood Lane, Suite 200
      Greenbelt, MD  20770

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of February, 2022, the foregoing Status Report was filed electronically and thus served upon defense counsel.

_____
William D. Moomau
Assistant United States Attorney