IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * CRIMINAL NO. PX-18-631 |
| SCOTT ANTHONY WILLIAMS, and TAEYAN RAYMOND WILLIAMS | * |
| Defendants. | * |

*******

## GOVERNMENT'S MOTIONS HEARING EXHIBIT LIST

| Exhibit No. | Identification | Admitted | Witness | Description |
|---|---|---|---|---|
| 1 | JUL 0 6 2022 | JUL 0 6 2022 | | Recording of S. Williams Interview |
| 1a | JUL 0 6 2022 | JUL 0 6 2022 | | S. Williams Interview Transcript |
| 2 | JUL 0 6 2022 | JUL 0 6 2022 | | Waiver of Rights Form |
| 3 | JUL 0 6 2022 | JUL 0 6 2022 | Monarek | Aerial Photo of 10301 Bristolwood Court |
| 4 | JUL 0 6 2022 | JUL 0 6 2022 | Monarek | Aerial Photo of 10301 Bristolwood Court |
| 5 | JUL 0 6 2022 | JUL 0 6 2022 | Monarek | SW Photo Front of 10301 Bristolwood Court |
| 6 | JUL 0 6 2022 | JUL 0 6 2022 | Monarek | SW Photo Front of 10301 Bristolwood Court |
| 7 | JUL 0 6 2022 | JUL 0 6 2022 | Monarek | SW Photo of Autos in Front of 10301 Bristolwood Court |
| 8 | JUL 0 6 2022 | JUL 0 6 2022 | Simms | SW Affidavit and Related Documents-10301 Bristolwood Court |
| 9 | JUL 0 6 2022 | JUL 0 6 2022 | | SW Photo of Autos in Front of 10301 Bristolwood Court |

| Exhibit No. | Identification | Admitted | Witness | Description |
|---|---|---|---|---|
| 10 | JUL 0 6 2022 | JUL 0 6 2022 | | SW Photo of Nissan Altima in Front of 10301 Bristolwood Court |
| 11 | JUL 0 6 2022 | JUL 0 6 2022 | | SW Photo of CDS in toilet |
| 12 | JUL 0 6 2022 | JUL 0 6 2022 | | SW Photo of Marijuana in Closet |
| 13 | JUL 0 6 2022 | JUL 0 6 2022 | | SW Photo of Packaged Marijuana with Cal. Label |
| 14 | JUL 0 6 2022 | JUL 0 6 2022 | | SW Photo of Marijuana Edibles |
| 15 | JUL 0 6 2022 | JUL 0 6 2022 | | SW Photo of Box of Currency From Bedroom |
| 16 | JUL 0 6 2022 | JUL 0 6 2022 | | SW Photo of Golden Assault Rifle in Closet |
| 17 | JUL 0 6 2022 | JUL 0 6 2022 | | SW Photo of Golden Assault Rifle from Closet |
| 18 | JUL 0 6 2022 | JUL 0 6 2022 | | SW Photo of Magazines and Ammunition |
| 19 | JUL 0 6 2022 | JUL 0 6 2022 | | SW Photo of Handgun and Currency in Drawer |
| 20 | JUL 0 6 2022 | JUL 0 6 2022 | | SW Photo of Handgun on Closet Shelf |
| 21 | JUL 0 6 2022 | JUL 0 6 2022 | | SW Affidavit and Related Documents-AT&T |
| 22 | JUL 0 6 2022 | JUL 0 6 2022 | | SW Affidavit and Related Documents-Facebook |
| | | | | |
| | | | | |
| | | | | |
| | | | | |