**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| vs. | * | Case No.: PX-18-631 |
| **TAEYAN RAYMOND WILLIAMS** | * | |
| Defendant | | |

\* \* \* \* \* \* \* \* \*

**ENTRY OF APPEARANCE**

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Enter my appearance as *pro bono* counsel in this case for Taeyan Williams (defendant).

I certify that I am admitted to practice in this court.

September 28, 2022

_____/s/_____
Adam C. Demetriou
Brennan McKenna & Lawlor, Chtd.
Bar Number: 30323
6305 Ivy Lane, Suite 700
Greenbelt, MD 20770

301.474.0044  (telephone number)
301.474.5730  (facsimile number)
ademetriou@brennanmckenna.com (email)